District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOK, Samnang and HING, Sakhoeun,

Petitioners,

v.

Kirstjen M. NEILSEN, Secretary of Homeland Security, *et al.*,

Respondents.

CASE NO. C18-1089-MJP

ORDER HOLDING CASE IN ABEYANCE

**JOINT STIPULATION**

This a Mandamus action, which seeks, *inter alia*, to compel U.S. Citizenship and Immigration Services (USCIS) to take action on Petitioner's Request to adjudicate a Petition for Alien Relative (I-130). *See* Dkt. No. 1. Respondents have yet to answer the Petition.

On September 26, 2018, USCIS sent out a Request for Evidence on Remand (RFE) to the Petitioner. In order to give Petitioner sufficient time to respond to the RFE, and USCIS sufficient time to review Petitioner's response, the parties, through their counsel, jointly request that the Court hold this matter in abeyance for a period not to exceed 120 days. The parties agree that this is an acceptable timeframe, and recognize the possibility that this process may moot Petitioner's Mandamus action.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court hold this case in abeyance, and order the parties to file a joint status report within 120 days after entry of the proposed Order.

SO STIPULATED.

Dated this 2nd day of October, 2018.

ANNETTE L. HAYES
United States Attorney

*/s/ David R. East*
DAVID R. EAST, WSBA #31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: david.east@usdoj.gov

*Attorneys for Respondents*

SO STIPULATED

Dated this 2nd day of October, 2018.

*/s/ Grant T. Manclark*
GRANT T. MANCLARK, WSBA #42719
Gary Grotz Law Firm
107 S Jackson St, Suite 201
Seattle, Washington 98144
Phone: 206-625-0655
Email: grant@grotzlaw.com

*Attorney for Petitioner*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties having so stipulated, the Court hereby ORDERS that this action shall |
| 3 | be held in abeyance for 120 days from the date of this Order, and the parties shall file a |
| 4 | Joint Status Report with the Court on or before the conclusion of the 120-day period. |
| 6 | DATED this 2nd day of October, 2018. |

_____
Marsha J. Pechman
United States District Judge